UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-12 |
| | ) | (JARVIS/GUYTON) |
| ANTHONY E. MOORE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the following motions by the defendant, Anthony E. Moore:

(1) Motion For Bill Of Particulars [Doc. 74];

(2) Defendant Anthony E. Moore's Motion To Sever [Doc. 75];

(3) Motion For Disclosure Of Impeaching Information [Doc. 76];

(4) Motion For Discovery Of Material Witnesses [Doc. 77];

(5) Motion For Notice And Disclosure Of Witness Statements And Pretrial Hearing For Ruling On Admissibility Of Said Statements [Doc. 78];

(6) Motion For Pretrial Hearing On The Existence Of A Conspiratorial Agreement And The Connection Thereto Of Defendant [Doc. 79];

(7) Motion For Disclosure Of All Statements Which The Government Will Seek To Attribute To The Defendant [Doc. 81];

(8) Motion For Early Production Of Jencks/Rule 26.2 Statements [Doc. 82];

(9) Defendant Moore's Motion For Disclosure Of Grand Jury

Transcripts [Doc. 83];

(10) Motion In Limine One And Supporting Memorandum [Doc. 84];

(11) Motion For Notice And Disclosure Of Any Rule 404(B) Evidence The United States Seeks To Introduce At Trial [Doc. 85];

(12) Motion To Compel Disclosure Of The Existence And Substance Of Promises Of Immunity, Leniency Or Preferred Treatment [Doc. 86];

(13) Motion To Compel F.R.Crim.P. Rule 16(A)(1) Discovery Pertaining To F.R.Crim.P. Rule 11 Decisions And 18 U.S.C. § 3553 Sentencing [Doc. 87];

(14) Motion To Dismiss Count One and Count Two Of The Indictment As A Matter Of Law [Doc. 88];

(15) Defendant Moore's Motion For Leave To File Additional Motions [Doc. 89];

(16) Defendant Moore's Motion To Produce Related Indictments And Warrants [Doc. 90];

(17) Motion In Limine To Suppress Evidence Offered Pursuant to F.R.E. 404(b), 608(b), 609, 801(d), 803, 804, 807 [Doc. 91];

(18) Motion For Rule 12(b)(4)(B) Disclosure And For Extensions Of Time To File Motions To Suppress Evidence [Doc. 92];

(19) Defendant Anthony Moores's Motion For A Rule 104 In Limine Hearing To Consent The Chain Of Custody Of Drugs And Other Seized Items [Doc. 93];

(20) Motion For Notice And Disclosure Of Any Rule 404(b) Evidence The United States Seeks To Introduce At Trial [Doc. 94];

(21) Motion To File Motions Instanter [Doc. 95]; and

(22) Motion To Suppress Evidence From Car Stop [Doc. 97].

On May 15, 2006, the Court had a telephone conference with attorney Robert L. Vogel. Mr.

Vogel informed the Court that Defendant Moore has signed a plea agreement and is presently scheduled to enter a change of plea before District Court Judge James H. Jarvis on June 5, 2006 at 2:30 p.m. Accordingly, the defendant's motions [**Docs. 74, 75, 76, 77, 78, 79, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, and 97**] are **DENIED as moot**.

    **IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
    United States Magistrate Judge